LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. 27962

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

<u>CIVIL NO. 05-1-1388-08 (SSM)</u>

In the Matter of
UNITED PUBLIC WORKERS, AFSCME,
LOCAL 646, AFL-CIO,
Complainant-Appellant, Cross-Appellee,

and

MUFI HANNEMAN, Mayor, City and County of Honolulu;
KENNETH NAKAMATSU, Director, Department of
Human Resources, City and County of Honolulu;
JEOFFREY S. CUDIAMAT, Director and
Chief Engineer, Department of Facility Maintenance,
City and County of Honolulu;
DISTRICT ROAD SUPERINTENDENT, Department of
Facility Maintenance, City and County of Honolulu;
DEPARTMENT COORDINATOR, Department of
Facility Maintenance, City and County of Honolulu (2005-124),
Respondents-Appellees, Cross-Appellants,

and

HAWAII LABOR RELATIONS BOARD, State of Hawaiʻi,
Agency-Appellee, Cross-Appellee.[1]

<u>CIVIL NO. 05-1-1391-08 (SSM)</u>

In the Matter of
UNITED PUBLIC WORKERS, AFSCME,
LOCAL 646, AFL-CIO,
Complainant-Appellant, Cross-Appellee,

and

MUFI HANNEMAN, Mayor, City and County of Honolulu;
KENNETH NAKAMATSU, Director, Department of
Human Resources, City and County of Honolulu;
JEOFFREY S. CUDIAMAT, Director and
Chief Engineer, Department of Facility Maintenance,
City and County of Honolulu;

---

[1] Pursuant to Hawaiʻi Rules of Appellate Procedure Rule 43(c) (2000), we have substituted the current public officers as parties or have described certain public-officer parties by their official title.

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAIʻI

2010 APR -7 AM 11:36

FILED

DISTRICT ROAD SUPERINTENDENT, Department of
Facility Maintenance, City and County of Honolulu;
DEPARTMENT COORDINATOR, Department of
Facility Maintenance, City and County of Honolulu,
Respondents-Appellees, Cross-Appellants,

and

HAWAII LABOR RELATIONS BOARD, State of Hawai'i,
Agency-Appellee, Cross-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 05-1-1388-08 (SSM) and 05-1-1391-08 (SSM))

ORDER OF CORRECTION
(By: Nakamura, J., for the court[2/])

The Memorandum Opinion, filed on March 19, 2010, is hereby corrected as follows:

On page 6, in the eighteenth line from the top of the page, the word "with" should be inserted between the words "comply" and "the" so that as corrected, the text reads:  ". . . Employer failed to comply with the arbitrator's award . . . ."

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, April 7, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[2/] Nakamura, Chief Judge, Foley, and Leonard, JJ.